AO 91 (Rev. 11/11)  Criminal Complaint

| | | | |
|---|---|---|---|
| AUSA: | Nancy Abraham | Telephone: | (810) 766-5177 |
| Special Agent: | Dustin Hurt | Telephone: | (810) 341-5710 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.

Vincent Troy McGlory and
James Gregory Lofton, II

Case No. 4:22-MJ-30416
Filed: 9/30/2022

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __On or about August 31, 2022__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in posssession of a firearm and ammunition |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Dustin Hurt, Special Agent-ATF&E
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: September 30, 2022

_____
Judge's signature

City and state: Detroit, Michigan

David R. Grand, United States Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
*United States v. Vincent Troy McGlory*
and
*United States v. James Gregory Lofton, II*

I, Dustin Hurt, being first duly sworn, hereby depose and state as follows:

1. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since October of 2018. I am currently assigned to the Detroit Field Division, Flint Field Office. Before working for the ATF, I was employed by the Michigan Department of State Police (MSP) for approximately seven years. Before working for MSP, I was a local police officer for the Grand Ledge Police Department for approximately three years. I held numerous positions with the MSP, including Detective Sergeant in the Polygraph Unit and Task Force Officer with the FBI. During my employment with ATF and MSP, I have conducted or participated in numerous criminal investigations focused on firearms, armed drug trafficking, and criminal street gangs, and other violations of federal law.

2. I make this affidavit from personal knowledge based on my participation in this investigation, my review of reports and other materials prepared by those who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

1

3. On August 31, 2022, MSP Troopers Wolfe and Salski were working patrol in a fully marked MSP vehicle. Troopers conducted a traffic stop of a 2014 Dodge Durango bearing Michigan Registration: DHS780 near the intersection Raskob St and Forest Hill Ave in the City of Flint for Operating with Illegal Window Tint (state civil infraction) and Operating Without Security (state misdemeanor).

4. Contact was made with the occupants of the vehicle. The driver was identified as Vincent Troy McGlory who provided only a Michigan Identification Card with a Temporary Instructor's Permit attached. The front-seat passenger, was identified as Dekecia Lavonne Hutchins and the backseat passenger was identified as James Gregory Lofton II. When asked about the vehicle's insurance, Hutchins advised that her insurance on the vehicle lapsed due to lack of payment. Hutchins also advised that she had a valid Michigan Concealed Pistol License (CPL).

5. MSP Troopers asked McGlory to exit the vehicle. Troopers observed a loaded extended pistol magazine on the driver's seat which appeared to be positioned underneath where McGlory was seated. At this time, Hutchins and Lofton were asked to exit the vehicle. Nothing illegal was located on their persons. Both McGlory and Lofton were found to be convicted felons which Troopers verified via LEIN/NCIC.

6.  Inside the vehicle Troopers found:

    - eleven (11) multi-colored pills believed to be ecstasy in the driver's side door handle area.

    - A Great Lakes Firearms and Ammunition, LLC model: AR15 .223 caliber pistol bearing S/N: 50501573 with two loaded magazines containing a combined fifty-seven (57) rounds of .223 ammunition. Located on the floorboard of the third-row seating area. This firearm was not registered.

    - A Glock model: 21 .45 caliber pistol bearing S/N: BHLF878 was located on the floorboard of the third-row seating area with an inserted magazine containing ten (10) rounds of .45 caliber ammunition. This pistol was found to be registered to Willard JKT Richar-Smith.

    - The pistol magazine retrieved from the driver's seat was an extended magazine that contained eighteen (18) rounds of .45 caliber ammunition.

7.  McGlory was seated in the backseat of the MSP patrol car where he was advised of his Miranda Rights. McGlory agreed to waive his rights and speak to officers. When asked if he was carrying the pistol for protection, McGlory advised "Ain't everybody?" Trooper Wolfe then asked, "You have the right to protect yourself, right?" McGlory responded, "Yes, yes." McGlory then advised he did not want to speak anymore. McGlory later asked what he was being charged with to which Troopers responded weapons violations and possession of the ecstasy pills. McGlory made the unsolicited statement that he thought those pills were edibles.

8.  Lofton was read his Miranda Rights but advised he did not want to speak without his lawyer present. Lofton later recanted and advised he wished to

speak. Lofton then denied knowledge of firearms in the suspect vehicle even though they would have been visible from where he was seated.

9. Hutchins was advised of her Miranda Rights. Hutchins agreed to waive her rights and speak with MSP. Hutchins stated she had a CPL and knew the firearms were inside the vehicle. Hutchins told Troopers that if the situation arose where a firearm was needed, a man inside the car would have been the one to use it. Hutchins explained that the AR pistol inside the vehicle was hers and that she carries it. When the troopers stopped the vehicle, Hutchins advised that she, "handed it back" to Lofton who ultimately hid them. Hutchins later admitted to Troopers that she did not know the caliber of the pistol that was located in the suspect vehicle which was found to match the caliber of the loaded magazine found on the driver's seat where McGlory was seated while driving.

10. McGlory and Lofton were transported to and lodged at the Flint City Jail for weapons violations. The suspect vehicle was turned over to HUTCHINS on scene.

11. MSP Trooper Wolfe used a Tru-Narc scan for the suspected ecstasy located inside the suspect vehicle. Scan number 1691 yielded the pills to contain methamphetamine.

12. As part of this investigation, I queried the criminal history for McGlory in LEIN/NCIC. McGlory's CCH is as follows:

- McGlory pleaded guilty in United States District Court for the Eastern District of Michigan to being a convicted felon in possession of a firearm and was sentenced on 12/11/12 to 40 months' incarceration followed by 36 months of supervised release. While on supervised release, McGlory was convicted of violating the conditions of supervision and was sentenced to an additional 10 months of BOP incarceration.

- On 1/14/2019, McGlory pled guilty to felony controlled substance possession in the 7th Circuit Court of Michigan. He was sentenced to 24 months' probation.

13. As part of this investigation, ATF Agent Hurt queried the criminal history for Lofton in LEIN/NCIC. Lofton's CCH is as follows:

- LOFTON pled Nolo Contendre to felony Armed Robbery and Felony Firearm on 5/19/2011 in the 7th Circuit Court of Michigan and was sentenced to two years custody of the Michigan Department of Corrections.

14. I am recognized by ATF as having expertise in the interstate travel and manufacture of firearms and ammunition. The Glock model: 21 .45 caliber pistol bearing S/N: BHLF878 was manufactured outside of the state of Michigan and is a firearm as defined in Chapter 44, Title 18, United States Code. The ammunition and ammunition components in this case were manufactured outside the state of Michigan as well.

15. Based on the foregoing, I have probable cause to believe that on August 31, 2022, in the Eastern District of Michigan, Vincent McGlory and James Gregory Lofton, II, each knowing that they had been convicted of a felony offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm and ammunition in violation of 18 U.S.C. § 922(g)(1).

_____
DUSTIN HURT, Affiant
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means on ___September 30, 2022_____.

_____
Hon. David R. Grand
United States Magistrate Judge

6